JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY HARRIS, | Case No. CV 12-3326 DMG (RZx) |
| Plaintiff, | **ORDER TO DISMISS ACTION WITH PREJUDICE [28]** |
| vs. | |
| AQUARIUS CARRIERS; and DOES 1-50, inclusive, | |
| Defendant(s). | |

///

///

1  Based on the parties' Stipulation [Doc. # 28], IT IS HEREBY
2  ORDERED that Plaintiff's entire action, including all claims, is dismissed,
3  with prejudice, with each party to bear his/its own costs and attorneys' fees.

Dated:   January 29, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE